UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESLIE SMITH,

    Plaintiff.

v.

VICTORIA WOOD, et al.,

    Defendants.

Case No. 20-cv-00706-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on May 1, 2020, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear by AT&T Conference Call on **May 22, 2020, at 1:30 p.m.,** before Chief Magistrate Judge Joseph C. Spero, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on May 1, 2020, for failure to prosecute, and for failure to comply with the Court's Order of January 30, 2020. A case management conference is also scheduled for **May 22, 2020**, **at 1:30 p.m.**

Plaintiff may use the following conference call number: 888-684-8852. Access code: 8256171#.

IT IS SO ORDERED.

Dated: May 4, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge