UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SMITH,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>VICTORIA WOOD, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-00706-JCS<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 14 |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on August 28, 2020, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **September 25, 2020, at 2:00 p.m.**, before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on August 28, 2020, for failure to serve, for failure to prosecute, and for failure to comply with the Court's Order of May 26, 2020. A further case management conference is also scheduled for **September 25, 2020**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: August 31, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge